UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANDREW DAROS,

                Plaintiff,

-against-

CARLTON J. TOKOYO, et al.,

                Defendants.
----------------------------------------------------------------X

JUDGMENT
05-CV-0775 (DLI)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 27 2005 ★
BROOKLYN OFFICE

       An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on May 24, 2005, granting defendants' motion to dismiss for lack of subject matter jurisdiction in its entirety; denying plaintiff's request that the Court transfer this action to the U.S. District Court for the Western District of Texas; and dismissing the action; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion to dismiss for lack of subject matter jurisdiction is granted in its entirety; that plaintiff's request that the Court transfer this action to the U.S. District Court for the Western District of Texas is denied; and that the action is dismissed.

Dated: Brooklyn, New York
       May 26, 2005

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court